**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 6, 2013

_____

DOCKET CORRECTION NOTICE
_____

No.   13-1228,      Michael Scott v. Watsontown Trucking Co. Inc.
                    3:12-cv-00176-DJN

TO:   John K. Messersmith

FILING CORRECTION DUE:  March 13, 2013

Please make the correction identified below and file a corrected document by the date indicated.

---

[ ] Document was illegible, incomplete, or incorrect. Please correct as described and refile: [_____].

---

[ ] Incorrect event used. Please refile document using [_____].

---

[ ] Incorrect filer selected. Please refile document, selecting correct filer.

---

[ ] PDF file is incompatible with CM/ECF. Please correct and refile the document.

---

[ ] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

---

**[XXX] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at www.ca4.uscourts.gov and refile document.**

---

[ ] The court will enter an appearance only for counsel who are members in good standing of the court's bar. To apply for membership, submit an **application for admission** to practice.

[ ] Document requires signature. Please sign and refile the document.

[ ] The entry "administrative record adopted" must be docketed in this case.

[ ] Other: Please correct as described and refile: [_____].

Sue Ellen Nagle, Deputy Clerk
804-916-2702