UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Case No. 13-1228

MICHAEL LEWIS SCOTT,                                    Plaintiff-Appellant,

v.

WATSONTOWN TRUCKING CO., INC.

and

WILLIAM A. MILLER, III,                                 Defendants-Appellees

NOTICE OF APPEARANCE

Please take notice that John K. Messersmith, IV, Esquire of the law firm of Kalbaugh, Pfund & Messersmith, P.C. enters his appearance on behalf of Watsontown Trucking Co., Inc. and William A. Miller, III.

                                        WATSONTOWN TRUCKING CO., INC.
                                        WILLIAM A. MILLER, III

                                        By _____/s/_____
                                                Counsel

John K. Messersmith, IV (VSB #26403)
James H. Revere, III (VSB#33757)
Counsel for Defendants Watsontown Trucking Co., Inc. and
William A. Miller, III
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300/(804) 320-6312 (fax)
john.messersmith@kpmlaw.com
jh.revere@kpmlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the _____ day of March, 2013 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John R. Garza, Esquire
Garza, Regan & Associates
17 West Jefferson Street, Suite 100
Rockville, MD  20850-2309

Thomas T. Heslep, Esquire
419 Seventh Street, NW, Suite 405
Washington, DC  20004

                                                      _____/s/_____
                                                        James H. Revere, III

Appeal: 13-1228    Doc: 12    Filed: 03/13/2013    Pg: 2 of 2